UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY STEVEN SUMAYA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:19-cv-00469-JDP<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 2 |

Plaintiff Timothy Steven Sumaya proceeds in this Social Security appeal represented by counsel. Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. ECF No. 2. Plaintiff has submitted a declaration regarding his financial circumstances. *Id.* The court finds that plaintiff's declaration satisfies the requirements under § 1915. The court will therefore grant plaintiff's motion to proceed *in forma pauperis*. The court will also direct a United States Marshal to serve defendant Commissioner of Social Security. *See* Fed. R. Civ. P. 4(c)(3).

**Order**

a. Plaintiff's motion for leave to proceed *in forma pauperis* is granted.

b. The court orders service of process on defendant:

　i. The clerk must issue summons.

　ii. The United States Marshals Service must serve a copy of the complaint, summons, and this order on defendant.

1

      iii. Plaintiff must assist the marshal upon request.

      iv. The United States will advance all costs of service.

IT IS SO ORDERED.

Dated:   April 12, 2019                          _/s/ Jeremy Peterson_
                                                          UNITED STATES MAGISTRATE JUDGE

No. 204