1

2

3

4

5

6

7

8           UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA

10          FRESNO DIVISION

11

12  TIMOTHY SUMAYA,                    )   Case No.: 1:19-cv-00469-JDP
                                       )
13              Plaintiff,             )   JOINT STIPULATION AND ORDER FOR
                                       )   EXTENSION OF TIME TO RESPOND TO
14          vs.                        )   PLAINTIFF'S OPENING BRIEF
                                       )
15  ANDREW SAUL,                       )
    Commissioner of Social Security,   )
16                                     )
                Defendant.             )
17  _____   )

18          IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record,

19  that the time for Defendant to respond to Plaintiff's Opening Brief be extended from February 6,

20  2020 to **March 31, 2020**.[1]   This is Defendant's first request for extension.   Good cause exists to

21  grant Defendant's request for extension.   Counsel has been having ongoing health issues and was

22  out of the office on intermittent sick leave. Counsel has been on intermittent leave after

23  sustaining a wrist/hand injury to her left (dominant hand) and has been advised to rest her left

24  hand pending further evaluation.   Counsel also has over 100+ active social security matters,

25  which require two more dispositive motions until mid-March, and a pending Ninth Circuit matter

26  which requires multiple levels of review. Due to unanticipated leave and heavy caseload,

27  _____

28  [1] Counsel sincerely apologizes for the belated request, but has been out of the office and made her request as soon as
    reasonably practicable after she realized her missed deadline.

                                            1

Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Opening Brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable, as Counsel has been out of the office.

Respectfully submitted,

Dated: February 12, 2020

/s/  *Steven Rosales*
(*as authorized by email on February 11, 2020
STEVEN ROSALES
Attorney for Plaintiff

Dated: February 12, 2020

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By      /s/  *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

The parties' joint stipulation for extension of time is approved.  Defendant shall have until March 31, 2020 to respond to plaintiff's opening brief.  All other deadlines are extended accordingly.

IT IS SO ORDERED.

Dated:    February 13, 2020

UNITED STATES MAGISTRATE JUDGE

No. 204.