UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY SUMAYA,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:19-cv-00469<br><br>ORDER GRANTING EXTENSION AS STIPULATED<br><br>ECF No. 16 |

On March 31, 2020, the parties stipulated to extend the time for defendant to respond to plaintiff's opening brief until May 6, 2020. ECF No. 16. For the reasons provided by stipulation, the parties' agreement is approved, and the extension is granted.

IT IS SO ORDERED.

Dated:   April 1, 2020                        /s/ Jeremy Peterson
                                                                      UNITED STATES MAGISTRATE JUDGE

No. 204.