UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TIMOTHY SUMAYA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:19-cv-00469-JDP<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF.** |

　　　　IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended from May 6, 2020 to **May 14, 2020**.  This is Defendant's third request for extension.   Good cause exists to grant Defendant's request for extension.  As the Court is aware, Counsel for Defendant (Counsel) sprained her wrist.  Starting last week, Counsel had a bad flare up of her wrist injury and has been unable to type for extended periods and was unexpectedly out of the office and is expected to be out on intermittent leave this week as well, including the date of the current filing deadline.

　　　　In addition, Counsel also has over 100+ active social security matters, which require two more dispositive motions until mid June.  Due to unexpected leave and heavy caseload, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's

Opening Brief.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable, as Counsel has been out of the office.

      Respectfully submitted,

Dated: May 6, 2020                                /s/  *Steven Rosales*
                                               (*as authorized by email on May 6, 2020
                                               STEVEN ROSALES
                                               Attorney for Plaintiff

Dated: May 6, 2020                                MCGREGOR W. SCOTT
                                               United States Attorney
                                               DEBORAH LEE STACHEL
                                               Regional Chief Counsel, Region IX
                                               Social Security Administration

                             By         /s/  *Tina L. Naicker*
                                               TINA L. NAICKER
                                               Special Assistant U.S. Attorney
                                               Attorneys for Defendant

**ORDER**

The parties' stipulation for an extension of time is approved and so ordered.

IT IS SO ORDERED.

Dated:   May 11, 2020                                             _____
                                                                  UNITED STATES MAGISTRATE JUDGE