UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY STEVEN SUMAYA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-00469-JDP<br><br>ORDER ON SOCIAL SECURITY APPEAL |

    This matter is before the court on claimant's request for judicial review of an unfavorable decision of the Commissioner of the Social Security Administration regarding his application for a period of disability and disability insurance benefits.  At a hearing on August 12, 2020, the court heard argument from the parties.  Having reviewed the record, administrative transcript, briefs of the parties, and applicable law, and having considered arguments made at the hearing, I find that the ALJ's decision is supported by substantial evidence in the record and is based on proper legal standards.  For the reasons stated on the record at oral argument, I deny claimant's appeal from the administrative decision of the Commissioner of Social Security.  The clerk of court is directed to enter judgment in favor of defendant, Commissioner of Social Security, and against claimant Timothy Steven Sumaya.  The clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 12, 2020           /s/ Jeremy Peterson
                                      UNITED STATES MAGISTRATE JUDGE

No. 204.